MATTHEW DILLON Digitally signed by MATTHEW DILLON Date: 2026.11.01 19:46:28 -06'00'

AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

Western District of Oklahoma

FILED NOV 01 2026 JOAN KANE, CLERK U.S. DIST. COURT, WESTERN DIST. OKLA. BY ___, DEPUTY

United States of America
v.

ROBIN PATRICK MARTIN
*Defendant(s)*

Case No. MJ-26-520-SM

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of 10/9/2026 - 10/13/2026 in the county of Oklahoma in the Western District of Oklahoma, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. § 1038(a) | Conveying false or misleading information and hoaxes. |
| 18 U.S.C. § 876(c) | Mailing threatening communications. |

This criminal complaint is based on these facts:

See attached Affidavit of FBI Special Agent David Cole which is incorporated and made a part hereof by reference.

☑ Continued on the attached sheet.

*Complainant's signature*

David Cole, FBI Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: November 1, 2026

*Judge's signature*

City and state: Oklahoma City, Oklahoma

SUZANNE MITCHELL, U.S. Magistrate Judge
*Printed name and title*

# AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, David Cole, being duly sworn, do hereby depose and state as follows:

## INTRODUCTION AND AGENT BACKGROUND

1. I have been employed as a Special Agent with the Federal Bureau of Investigation ("FBI") since July 2014. I am currently assigned to the Headquarters Office of the FBI in Oklahoma City, Oklahoma. I have a Bachelor of Arts degree in Business Administration with a concentration in Accounting and a Master of Business Administration (MBA) degree. I am also a licensed Certified Public Accountant (CPA). I am currently assigned to a public corruption, economic crimes, and civil rights squad. I have received training and instruction in public corruption violations, election crimes, campaign finance violations, contract fraud, wire fraud, corporate and securities fraud, mortgage fraud, financial institution fraud, healthcare fraud, and money laundering. In addition, I have received training in computer forensics and electronic mail (email) analysis. In the course of conducting or participating in criminal investigations, I have been involved in interviewing and debriefing witnesses; analyzing bank records and other financial documents; collecting and analyzing evidence.

2. As a Special Agent, I am authorized to investigate violations of the laws of the United States and to execute warrants issued under the authority of the United States.

3. This Affidavit is submitted in support of a criminal complaint charging **ROBIN PATRICK MARTIN (MARTIN)** with Conveying False or Misleading Information and Hoaxes in violation of 18 U.S.C. § 1038(a) and Mailing Threatening Communications in violation of 18 U.S.C. § 876(c).

4. Your affiant is further trained to locate, identify, and arrest subjects engaged in any such unlawful activity. This affidavit is based upon your affiant's personal investigation and upon information received from other law enforcement officers and agents identified herein and may not be inclusive of all evidence or information available, or of all facts known to me relative to this investigation or of all other law enforcement officers and agents involved in the investigation. Rather, I have included facts which are necessary to establish probable cause that the defendant named within this complaint did intentionally convey false or misleading information or hoaxes and knowingly deposited or caused to be delivered a communication threatening to injure another.

**RELEVANT FACTS**

5. On or about September 16, 2024, multiple state election officials reported receiving mail containing a white powdery substance and a three-page letter. Based on these reports, the FBI and the United States Postal Inspection Service ("USPIS") opened an investigation into the suspicious mailings for potential violations of 18 U.S.C. §§ 876(c) (mailing threatening communications) and 1038(a)(1) (false information and hoaxes), among others. At that time, the FBI and USPIS identified suspicious mailings that appeared to be similar or the same in nature and origin addressed to state election officials in all 50 states, 49 of which have been collected either from the recipients or

intercepted in the mail stream.[1] Based on my training and experience, my discussions with other Special Agents trained in weapons of mass destruction and hoaxes involving chemical and biological agents, and based on past mailings of *Bacillus anthracis* to numerous government agencies and individuals, and the national media attention which such mailings received, it is reasonable that a person receiving a letter that contains white powder would fear that it contains *Bacillus anthracis*[2] or another biological or chemical toxin. *See United States v. Chapple*, 251 F. App'x 553, 559 (10th Cir. 2007) (unpublished) (discussing "a continuation of terror-related threats involving substances meant to resemble anthrax or other biohazardous substances" and "it is self-evident that this country, since 2001, continues to experience a heightened fear of terrorist activity, and individuals who believe they have been in contact with biohazardous substances, like anthrax, continue to fear for their personal health and safety").

6. The initial 2024 mailings were sent using moisture-activated, manilla mailing envelopes (see below image). They were all sent using three Purple Heart Medal 2019 stamps as postage. The initial 2024 mailings all appeared to be hand-addressed to the intended recipients. What appeared to be a hand-addressed return address that was present on all the mailings purports to identify the sender as:

---

[1] USPIS identified a suspect letter placed in the mail stream and addressed to state election officials in Florida but never located that letter.

[2] *Bacillus anthracis* is a bacteria which causes the disease anthrax, which can cause severe illness and death for infected humans and animals. *See* About Anthrax, https://www.cdc.gov/anthrax/about/index.html (last visited Oct. 31, 2026).

U.S.T.E.A.
United States Traitor Elimination Army
Takoma Park, MD

7. On September 16, 2024, the Oklahoma State Election Board received a letter from the "United States Traitor Elimination Army" at its office in that State Capitol Building in Oklahoma City, Oklahoma. The letter was processed through the U.S. Postal Service Processing & Distribution Center (P&DC) in Tulsa, Oklahoma, before its delivery to Oklahoma City, and it was opened by a capitol worker who was exposed to the unknown powder. Below is the front and back of the envelope for the 2024 mailing to the Oklahoma State Election Board. The backside of the envelope, using ultraviolet (UV) light, revealed writing in UV-reactive ink.






8. The initial 2024 mailings, which were sent to State Election officials, all had UV light messages (messages that cannot be read in ordinary light and require UV light) on the envelopes. Some had two lines of writing, like the Oklahoma State Election Board letter discussed above. Other letters had six written lines (below). Using a UV light revealed some or all the following language, which appears in the below image:

> No US Jurisdiction!
> Mailed from the Indian Nation
> Trump/Harris know nothing about this!
> Are you for us? Or against us?
> Stay on the right side of history!
> Your life may depend on it!!



9. The 2024 initial[3] mailings each contained a white powdery substance,[4] as well as a three-page letter titled "DECLARATION OF WAR." The letter stated that U.S.T.E.A. is a top-secret military organization with members all around the country. The writer of the letter described perceived issues with the 2020 election, claimed that President Donald Trump won the 2020 election, and voiced concerns regarding some of the same issues recurring in the then-upcoming 2024 election. The writer listed five demands and threatened:

> IF OUR DEMANDS ARE NOT MET: Another mailing will occur shortly to 1000's of destinations of suspected bad actors of the 2020 election, and it won't be flour next time in the envelopes.
> …
>
> YOU HAVE BEEN DULY WARNED – TAKE IT SERIOUSLY

---

[3] In addition to the initial 2024 mailings sent to state election officials, the same sender sent three letters to a postmaster and letters to USPS District Managers.

[4] Testing on each of the mailings indicated that the white powdery substance was non-toxic.

10. The return address in Takoma Park, Maryland, is a business address that houses multiple office suites. The owner of address advised that the majority of the tenants do not office there full time, rather they utilize the rented space for meetings and appointments.

11. To date, FBI has not identified a connection between the sender(s) and the return address. Publicly available sources show this address was at one time used by the Green Party of the United States of America and the outdated address appears on a as the party's headquarters.

12. In 2024, additional mailings from the same sender had a message on the backside of the envelope using UV-reactive ink (see below image).




13. On October 13, 2026, the Oklahoma State Election Board notified the FBI that they received a letter from "DSA NEW YORK NY 10272" at its office in Oklahoma

City, Oklahoma. An office employee opened the letter, and the letter contained a white powder. The Oklahoma Highway Patrol (OHP) contacted Oklahoma City Fire Department HazMat Station #5 and the FBI. Both responded. Due to the observed powder, the Oklahoma National Guard 63rd Civil Support Team (CST) was called to provide assistance. The CST responded and collected the mail and a sample of the remaining powder and provided the evidence to the FBI. Per FBI protocols, the FBI transported the evidence to the Dallas County LRN-B laboratory, Dallas, Texas, for biothreat rule-out. Below is the mailing to the Oklahoma State Election Board in 2026. This mailing was processed by the USPS North Texas P&DC before delivery to Oklahoma City.



14. The 2026 mailing to the Oklahoma Election Board also contained a message on the backside of the envelope using UV-reactive ink (see images below).






15. On or about October 13, 2026, FBI field offices began conducting Weapons of Mass Destruction (WMD) responses to locations throughout the United States which received mail sent through the USPS containing threatening communications and unknown powder. Through coordination with USPIS, law enforcement determined that ***more than 700 mailings*** appeared to be associated with the same sender based on the same return address as the letter received by the Oklahoma State Election Board (DSA 75 NEW YORK NY 10272). As noted below, this is not the current address of the DSA, which has cooperated with the FBI in its investigation.

16. USPIS determined (through the cancellation stamp) that all of the 2026 subject mailings described above were processed in one of the following three ways: through the Oklahoma City USPS Processing & Distribution Center (P&DC) on October 9, 2026; the Northern Texas USPS P&DC on October 10, 2026; and the San Antonio USPS P&DC on October 13, 2026. Each of the mail pieces was addressed to one of the following types of addressees: (1) State Election Boards; (2) Republican members of Congress; (3) Democratic members of Congress; (4) Independent members of Congress; (5) Pollsters; (6) Media Organizations; and (7) the Federal Bureau of Investigation. Based on laboratory results to date, none of the powders were deemed hazardous. Powders have been determined to be either yeast or flour, although to date not all letters have been intercepted or fully tested.

17. Below is an image of one of the subject mailings to a media organization in Miami, Florida that was mailed through the Oklahoma City USPS Processing &

Distribution Center (P&DC) mailed to:




FBI confirmed this letter contained a white powder substance.

18. The content of the enclosed letters varied based on the intended recipient, but all pertained to the upcoming 2026 national elections. In the messages sent to Republicans, Pollsters, and Media Organizations, the sender(s) referenced the organization acronym "USTEA." The FBI believes "USTEA" refers to the United States Traitor Elimination Army which was used by the sender(s) in the 2024 mailings. A common message in both the 2024 and 2026 mailings speaks of recipients being "ARRESTED AND TRIED FOR TREASON" (2024) or "YOU WILL BE ARRESTED FOR TREASON!! OR WORSE!!" (2026).

19. In addition, the FBI believes that many (if not all) of the mailings in 2024 and 2026, on which the recipient addresses are handwritten on the envelope, are the handwriting of the same individual. An FBI Questioned Document Unit Examiner (i.e.,

handwriting analyst) has reviewed the 2026 mailing to the Oklahoma State Election Board and compared it to the initial 2024 mailings and has preliminarily determined through observation that the handwriting on the exterior of the envelopes was consistent with having been written by the same individual. A formal forensic comparison is pending. Other 2026 mailings containing handwriting have yet to be examined by an FBI handwriting analyst.

20. Just as in the 2024 mailings, the 2026 mailings also had a message on some of the envelopes using UV-reactive ink (see below image examples from 2026 mailings).

"52 USC SEC 20511
FBI SAVE THE USA
S OP: GEORGE"



"California! We have a special treat for you! November 3rd!!! Counting votes 30 days later! Bunch of lying, cheating treasonist BASTARDS! YOUR GOING DOWN!"




21. On October 26, 2026, the organization Democratic Socialists of America ("DSA") provided to USPIS a voluntary production of documents the organization believed were relevant to the investigation. DSA indicated that at least some of the suspicious letters that have appeared in the media bore the address of DSA further explained that the ZIP code that was used is the ZIP code for DSA's current post office box in New York. DSA indicated that this PO Box address is publicly available on their website . DSA further explained that DSA no longer uses the suite on the letters since 2013.

22. DSA provided information that it publishes a quarterly periodical titled "Democratic Left." Beginning with the Summer 2006 issue (Volume 34 #1), Democratic Left published a similar address as the former mailing address for DSA. DSA continued to publish this old address in Democratic Left through the Summer 2013 issue (Volume

41 #1). DSA indicated they changed suites within their Maiden Lane office and published the new suite number in the Fall 2013 issue (Volume 41 #2). DSA indicated that old suite is not known to have been used after that date. Back issues of Democratic Left are available for download on their website.

23. DSA indicated that an individual who identified himself as "George Livingston" made contact with DSA on or about August 20, 2026, when at least one DSA chapter received an email from Livingston. Livingston used the email address "ustea2024@gmail.com." Livingston made contact with DSA members through the national organization and through local DSA Chapters. DSA provided context that local chapters are distinct entities from the national organization, but DSA national members are also members of their local chapter.

24. DSA provided further information that on or about September 5, 2026, DSA chapters involuntarily had their email addresses added to a "GaggleMail" email mailing list called "DSALaugh." GaggleMail is a group email platform that allows people to join mailing lists without creating an account. From September 5, 2026, until October 7, 2026, "George Livingston" posted at least eleven (11) messages that appear to be attempts at humor or joking. All these posts were from "George Livingston via DSALaugh" in the "from" line and the sender signed them as "George." DSA was able to determine from the source code that the messages were posted with the reply email address ustea2024@gmail.com.

25. Your Affiant has concluded that the username of the email address "ustea2024@gmail.com" is referring to the mailings from 2024 that were attributed to the United States Traitor Elimination Army (USTEA). FBI has not identified another U.S.-based organization or person using the acronym "USTEA."

26. On or about October 11, 2026, "Livingston" posted a message to the DSALaugh mailing list (from the ustea2024@gmail.com email address) with the subject line "Ambush planned for November 3rd. National Membership roster leaked..." Excerpts of that email[5] are provided below:

a. "I am an undercover agent, and in charge of the USTEA. What is the USTEA you ask? It stands for United States Traitor Elimination Army."

b. "Your organization has now been compromised, and your cover blown. We now have the national roster of every single member, and don't ask me who gave it up, because I am not going to reveal that."

c. "every member and supporter of the Democratic Socialist of America is now classified as a 'traitor', and is eligible for arrest to be charged with TREASON AGAINST THE UNITED STATES OF AMERICA."

d. "Arrests will begin on or before November 3rd, as a joint effort between the USTEA and the FBI."

e. "I would greatly caution you again voting in our American elections!

[5] Quotations are verbatim from the original text including errors.

To do so will be an additional overt act of treason. We will be concentrating mainly on DSA members that attempt to vote, for arrest on November 3rd. THIS WILL BE YOUR ONLY WARNING!"

f. "One more thing....Keep an eye on the news, particularly this coming week. It will not be only DSA members on the list to arrest. Many that have committed treason against the United States, in corrupting our elections, will be on the list also. Watch your TV before you consider venturing out of your dwellings to Vote!"

27. The above referenced email (from the ustea2024@gmail.com email address), dated October 11, 2026, from "Livingston" is signed "Special Op: George." This message is consistent with language used on envelopes in the 2026 DSA mailings that contain a UV-reactive message that includes "S Op: GEORGE" (earlier example provided again below for reference). The UV message also has a reference to "52 USC SEC 20511," which FBI believes to be a reference to 52 U.S.C. § 20511, a federal statute that criminalizes voter intimidation. The message also reads, "FBI SAVE THE USA."



28. On October 27, 2026, the FBI served legal process to Google for the email account ustea2024@gmail.com. Google provided responsive information that the Gmail account ustea2024@gmail.com was created on August 2, 2026, had a Recovery SMS phone number of +15722776259 [US], and belonged to the account holder "George Livingston."

29. The owner of the ustea2024@gmail.com indicated in an email to DSA on October 11, 2026:

> "So today you get to meet George Livingston. Or should I say 'project George'.
> You see, George Livingston is deceased. He is not a living person. He died earlier this year.
> No, I am an undercover agent, and in charge of the USTEA. What is the USTEA you ask? It stands
> for United States Traitor Elimination Army."

30. On October 27, 2026, FBI determined that phone number +15722776259 [US] was serviced by AT&T. Records provided by AT&T indicated that the phone number belonged to Dish Wireless LLC and had an assigned IMEI[6] of 351449742564192. Dish Wireless LLC is a U.S. wireless telecommunication brand owned by EchoStar Corporation.

31. On October 28, 2026, Walmart Global Investigations (Walmart) provided information indicating IMEI 351449742564192 was tied to a purchase on August 2,

[6] IMEI stands for International Mobile Equipment Identity, which is a unique 15-digit number that identifies your mobile device on a network. This number is tied to the physical device, and not the phone number itself.

2026, from a Walmart Supercenter located in northwest Oklahoma City, Oklahoma. This purchase was a cash purchase for a Motorola cellular phone, and a Boost Mobile $35 pre-paid cellular card. Walmart also provided video footage and still pictures from the video that showed a white, older aged male had purchased the Motorola cellular phone and pre-paid cellular card. Walmart also provided video footage and still pictures from the video that showed the white, older aged male identified in the purchases was traveling in what appeared to be a Silver Hyundai Sonata.

32. Records provided by Walmart also included information on other items purchased by **MARTIN**. Among these items included ones that could be used for mailing letters, privacy security envelopes, and a booklet of stamps both on August 23, 2026. Those items were purchased at the same Walmart in Oklahoma City, Oklahoma where **MARTIN** bought the Motorola cellular phone, and a Boost Mobile $35 pre-paid cellular card.

33. In addition to the aforementioned purchases, Walmart records also showed **MARTIN** purchasing the following items:

- Great Value Ground Turmeric, 6.2 Ounces on May 28, 2026
- Great Value Distilled White Vinegar, 32 Fluid Ounces on July 12, 2026
- Equate Liquid Povidone-Iodine, 8 Fluid Ounces on July 12, 2026

34. Based on my training and experience, I know that Ground Turmeric and Povidone-Iodine are common substances that can be used to make chemical reaction based invisible ink. I also know that distilled white vinegar can be used to make heat

based invisible ink that can be viewed using UV light.

35. On October 31, 2026, a warrant was issued in the Western District of Oklahoma for cellular phone records for the cell phone number belonging to **MARTIN**, (956) 776-3946. August 23, 2026, records provided by AT&T on (956) 776-3946, belonging to **MARTIN** and listed on his Facebook page, showed that phone to be at or around the aforementioned Walmart in Oklahoma City, Oklahoma at or around 4:30 PM which is consistent with the time **MARTIN** purchased the envelopes and stamps from the Walmart store. The phone was also shown to be at or around the Walmart store at or around the time of the purchase of the burner phone previously described.

36. Those same AT&T records for the (956) 776-3946 telephone number showed it to be at or around **MARTIN**'s residence on or around 8:10 PM on October 9, 2026. The phone then shows to be at or around the Oklahoma City Postal Distribution Center on or around 8:50pm on the same day. The phone then shows to be at or around the North Texas Postal Distribution Center on or around 12:10 PM on October 10, 2026. The phone then shows to be at or around the San Antonio Postal Distribution Center on or around 8:00 PM on October 10, 2026. The phone then shows to be in the area of Edinburgh, Texas which is just north of McAllen, Texas on or around 11:30PM on October 10, 2026.

37. On October 12, 2026, both the (956) 776-3946 phone, believed to be **MARTIN**'s personal phone, and the burner phone show consistent travel from the Edinburgh, Texas area back to where they both arrive at or around 2114 117th Street,

Oklahoma City, Oklahoma **MARTIN**'S residence on or around 10:20 PM on October 12, 2026.

38. Furthermore, the records provided by AT&T indicate that on October 13, 2026, after the mailings were believed to have been completed, the phone number (956) 776-3946 was changed from an iPhone 13 device to an iPhone 17 Pro device. Based on my training and experience, I know it is common for criminals to get rid of their cellular device after having it on them while travelling to commit crimes to avoid law enforcement from connecting that device back to them and their crimes.

39. The records provided by Google for ustea2024@gmail.com showed several IP addresses utilized by the account. The account was registered using IP address, 156.110.24.142, on August 2, 2026. This IP address belongs to OneNet which is the Internet Service Provider for educational intuitions and public libraries in the State of Oklahoma. Information provided by OneNet showed that IP belonged specifically to the Metropolitan Library system in Oklahoma.

40. The records provided by AT&T for the telephone number, (956) 776-3946, believed to be MARTIN'S personal cellular phone, showed this phone to be at or around the Metro Library – The Village, located at 10307 N Pennsylvania Ave, Oklahoma City, Oklahoma on August 2, 2026.

41. Another IP address, 156.110.45.37, used to login to the ustea2024@gmail.com account on September 2, 2026, and September 3, 2026, also belongs to OneNet and specifically is registered to Oklahoma City University.

42. The records from AT&T for the telephone number, (956) 776-3946, believed to be **MARTIN**'s personal cellular phone, as being located at or around Oklahoma City University on September 2, 2026.

43. All the logins to ustea2024@gmail.com account came from IP addresses with geolocation data in and around Oklahoma City, Oklahoma.

44. Within the attachment provided by DSA, there are four transaction records for interactions with the DSA website by George Livingston. On those four transactions, there are two IP addresses, one of which is 156.110.45.37, and the other is 68.15.102.145 which also has at least one login to the ustea2024@gmail.com email account and geolocates to the Oklahoma City area.

45. Specifically on August 28, 2026, the records provided by DSA show that "George Livingston" interacted with the DSA website utilizing the 156.110.45.37 IP address, which open-source information shows that IP address belongs to Oklahoma City University. The records from AT&T for the telephone number, (956) 776-3946, believed to be **MARTIN**'s personal cellular phone, show that phone to be at or around Oklahoma City University on or around the time the "George Livingston" interactions on the DSA website occurred.

46. On October 29, 2026, an FBI Investigative Lead provided by a Biometric Image Examiner, which is a specialist who analyzes human physical characteristics captured in images or digital media to identify individuals, indicated that a possible candidate for the still pictures from the video from Walmart was **MARTIN**.

47. On or about October 21, 2026, FBI intercepted an envelope with the return address "DSA 75 MÃIDEN LANE #505 NEW YORK NY 10272" that was addressed to:

Federal Bureau of Investigation
Atten: Kashyap Pramod Patel
935 Pennsylvania Avenue NW
Washington, DC 20535-0001

The envelope was processed by the USPS P&DC in Oklahoma City, Oklahoma, before it was intercepted by the FBI at a processing facility in Maryland. The envelope contained a two-page letter, and the backside of the envelope had the same UV-reactive ink stamp observed on other 2026 mailings. The letter, which was on thermal paper, was partially illegible and had no visible, loose material due to an irradiation procedure that some mail in Washington, DC goes through to render it safe. Lab testing of the 2026 subject letters (just the ones tested so far) as of this affidavit have shown thermal paper was used on other mailings. Images of the envelope are provided below:






48. In October 2026, the FBI Laboratory (Latent Print Operations Unit), while processing the letter addressed to "Federal Bureau of Investigation Atten: Kashyap Pramod Patel," identified three friction ridge prints as fingerprints of **MARTIN**.

49. **MARTIN** lists his telephone number as (956) 776-3946 on his Facebook page. FBI database checks also revealed that **MARTIN** had a current cellular telephone number of (956) 776-3946**.**

50. Records provided by AT&T from August 1, 2026, to October 29, 2026, indicated that phone number (572) 277-6259 (the Recovery SMS phone number for Gmail account ustea2024@gmail.com) had seven voice toll records. Of those seven voice toll records, three of those voice toll records had the cellular telephone number, (956)

776-3946, associated with **MARTIN**, as either the originating or terminating phone number. The Gmail account ustea2024@gmail.com was created on August 2, 2026, which was the same day Recovery SMS phone (572) 277-6259 was purchased. In addition, based on my training and experience I know that utilizing a pre-paid cellular phone card which is purchased in cash is a common tactic utilized to create a so-called burner phone or one that is not tied to the individual who purchased the device and pre-paid cellular phone card. For these reasons, the FBI believes the phone number (572) 277-6259 is **MARTIN**'s burner phone.

51. The phone associated with phone number (572) 277-6259 was powered off on Sunday, September 20, 2026, at approximately 11:29 AM and was not powered on again until Sunday, October 11, 2026, at approximately 6:57 PM.

52. The Post Office is closed on Sunday, October 11, 2026, and the Post Office was closed for the Columbus Day Federal Holiday on Monday, October 12, 2026.

53. As discussed above, the 2026 mailings with the return address to DSA on MÃIDEN LANE, NEW YORK NY were deposited with the USPS at the following locations and on or about the following dates:

a. Oklahoma City USPS P&DC on October 9, 2026.

b. Northern Texas USPS P&DC on October 10, 2026.

c. San Antonio USPS P&DC on October 13, 2026.

Therefore, **MARTIN**'s burner phone was powered off on the dates that correspond to mailings of the 2026 letters.

54. **MARTIN** owns a Silver 2024 Hyundai Sonata based on motor vehicle registration records. A visual comparison of a known photo of **MARTIN**'s car is consistent with the vehicle observed in Walmart video footage associated with the burner phone purchase on August 2, 2026. The Sonata is registered to **MARTIN** at 2114 NW 117TH ST, Oklahoma City, Oklahoma 73120. This Walmart is approximately 1.3 miles from 2114 NW 117TH ST, Oklahoma City, Oklahoma 73120.

55. Law Enforcement records checks showed an Oklahoma Driver's License in the name **ROBIN PATRICK MARTIN** with a listed address of 2114 NW 117th Street, Oklahoma City, Oklahoma.

56. Postal business records provided to the FBI showed a **ROBIN PATRICK MARTIN** submitted a Change of Address request on March 13, 2025, listing the old address as 4116 Jay Ave, McAllen, Texas 78504 and the new address as 2114 NW 117th Street, Oklahoma City, Oklahoma 73120.

57. On October 9, 2026, at approximately 8:52 PM, surveillance video at the USPS Oklahoma City P&DC located at 4025 W Reno Ave, Oklahoma City, OK 73125, showed a vehicle with taillights that are visually similar to **MARTIN**'S Sonata appear in the frame. The vehicle proceeds south on NW 3rd Street, makes a right turn onto NE 3rd Street, and drives towards the USPS blue mail collection boxes at the OKC P&DC.




58. At approximately 8:53 PM, the video showed the vehicle with similar taillights drive to the blue mail collection boxes located at the OKC P&DC on NW 3rd Street. The vehicle is observed stationery at the blue collection box for approximately 43 seconds.




59. USPS business records indicated the mail from this blue collection box was collected by USPS employees at approximately 9:15 PM on October 9, 2026. An interview of USPS employees by USPIS revealed that mail brought in from the blue collection box is immediately brought into the OKC P&DC to be sorted into placement in the processing stream. The suspect letters were marked cancelled (postmarked) by the OKC P&DC at approximately 9:30 PM on October 9, 2026.

60. On October 10, 2026, at approximately 12:05 AM, **MARTIN**'s Sonata is observed on LPR (License Plate Reader) systems, bearing Texas license plate VTF3006[7], at Interstate 30 and N Hampton Road in Dallas, TX 75260. This intersection is approximately two miles from the USPS Dallas Main Post Office/Processing and

[7] FBI has verified with the Texas Motor Vehicle Department that the Texas plate is registered to **MARTIN**.

Distribution Center (Dallas MPO). The Dallas MPO is approximately 3 hours from the OKC P&DC. The suspect letters were marked cancelled (postmarked) by the North Texas P&DC at approximately 8:30 PM on October 10, 2026.




**SW- N. Hampton Rd S/B @ I-30 (#AT135)** **10/10/2026 00:05:25 CDT**

Dallas TX PD Dallas TX PD VTF3006

I, Mary DeWolfe, under 28 U.S.C. § 1746, declare under penalty of perjury that the following is true and correct. This Certification is based on my personal knowledge. I am a Records Custodian for Flock Group, Inc. ("Flock"). I am familiar with how Flock records are made and maintained. These are true and accurate records that were made near the time of the events set forth therein by people with knowledge of those matters, kept in the course of Flock's regularly conducted business activity, and made as a regular practice of that activity. Dated October 30, 2026.

Mary DeWolfe
Mary DeWolfe
Custodian of Records

61. On October 10, 2026, at approximately 12:03 PM, surveillance video from the USPS San Antonio P&DC, located at 10410 Perrin Beitel Road, San Antonio, TX 78284, showed **MARTIN**'s Sonata travelling in the parking lot of the San Antonio P&DC towards the USPS blue mail collection box. **MARTIN**'s Sonata exits the parking lot turning left (south) onto Perrin Beitel Road. At approximately 12:04 PM, a second camera angle showed **MARTIN**'s Sonata circling the parking area where the blue

collection box is located. **MARTIN**'s Sonata did not appear to stop at the blue collection box.




62. On October 10, 2026, between approximately 7:59 PM and 8:06 PM hours, **MARTIN**'s Sonata is observed on surveillance video traveling in the San Antonio P&DC parking lot traveling towards the blue collection box. **MARTIN**'s Sonata exited the parking lot turning right (north) on Perrin Beitel Road.



63. During this timeframe (7:59 PM to 8:06 PM), a second camera angle showed **MARTIN**'s Sonata stopping at the blue collection box for an extended period of time.




64. An interview was conducted by Postal Inspectors of a USPS clerk who stated mail was not picked up until Tuesday, October 12, 2026, due to USPS being closed on Sunday, October 11, 2026, and the Federal Columbus Day Holiday on Monday, October 12, 2026. The USPS clerk also stated several trips were made to collect the mail from the blue collection box due to the large volume of mail inside the collection box. The suspect letters were marked cancelled (postmarked) by the San Antonio P&DC at approximately 7:00 PM on October 13, 2026.

65. LPR (License Plate Reader) Technology shows **MARTIN**'s Silver 2024 Hyundai Sonata leaving the Edinburg, Texas, area headed northbound on October 12, 2026, at approximately 9:15 AM. Phone location data obtained for **MARTIN**'s burner

phone is consistent with LPR hits on **MARTIN**'s Silver 2024 Hyundai Sonata traveling northbound back to Oklahoma. Phone location data of the burner phone shows **MARTIN** arriving at his home, 2114 NW 117TH ST, Oklahoma City, Oklahoma 73120 at approximately 10:15 PM on October 12, 2026.

66. For the reasons outlined above, Investigators believe **MARTIN** is the owner/writer of the ustea2024@gmail.com email address and **MARTIN** is the sender of the 2024 subject letters and the 2026 subject letters.

67. In the 2026 mailings to Republican Representatives, Election Board Representatives, and Democratic Representatives, the writer states, "CIVIL WAR IS COMING ON NOVEMBER 3RD!!"

68. An email on October 11, 2026, from the ustea2024@gmail.com email address states in part "Ambush planned for November 3rd."

## **CONCLUSION**

69. Based upon the above facts, I believe there is probable cause to believe that **ROBIN PATRICK MARTIN** committed the offenses of Conveying False or Misleading Information and Hoaxes in violation of 18 U.S.C. § 1038(a) and Mailing Threatening Communications in violation of 18 U.S.C. § 876(c). Therefore, it is

respectfully requested that this Court authorize arrest warrant for **ROBIN PATRICK MARTIN.**

Respectfully submitted,

David Cole
Special Agent
Federal Bureau of Investigation

Subscribed and sworn before me this 1st day of November, 2026.

SUZANNE MITCHELL
UNITED STATES MAGISTRATE JUDGE