# CRIMINAL COVERSHEET

## U.S. District Court, Western District of Oklahoma

Petty ☐ Misdemeanor ☐ Felony ☑ USAO No.:__________ Case No.: MJ-26-520-SM

Charging Document: **Complaint** No. of Defendants: 1 Total No. of Counts: 2 Sealed: Y ☑ N ☐

Forfeiture: Y ☐ N ☑ HSTF: Y ☐ N ☑ McGirt: Y ☐ N ☑

Warrant ☑ Summons ☐ Notice ☐

Companion Case No. (if any):__________

By:__________

**DEFENDANT INFORMATION:**

| | | | |
|---|---|---|---|
| Name: **ROBIN PATRICK MARTIN** | | | |
| Alias(es): | | Address: OKC, OK | |
| | | FBI No.: | |
| DOB: | SSN: | Race: White | Interpreter: Y ☐ N ☑ |
| Sex: M ☑ F ☐ | Juvenile: Y ☐ N ☑ | Language/Dialect: English | |

**DEFENDANT STATUS/RECOMMENDATION:**

☑ Not in Custody ☑ Detention Requested

☐ Type of Bond:__________

☐ In Custody at:__________

Inmate/Prisoner/Register No.:__________

**PRIOR MAGISTRATE JUDGE PROCEEDINGS:**

Complaint: Y ☐ N ☑

Magistrate Judge Case No.: MJ-

Previously Detained: Y ☐ N ☐

**ATTORNEY/AGENCY INFORMATION:**

| | | |
|---|---|---|
| ☐ Public Defender<br>☐ CJA Panel<br>☐ Retained | Name:<br>Address:<br>Phone: | AUSA: Dillon/London/Perry<br>Agent /Agency: FBI<br>Agent Contact Info: |

## CHARGING DETAILS

| Count(s) | U.S.C. Citation(s) | Offense(s) Charged | Penalty |
|---|---|---|---|
| 1 | 18 U.S.C. § 1038(a) | Conveying false or misleading infirmation and hoaxes | NMT 5 years imprisonment; $250,000 fine, or both; NMT 1 year S/R; $100 SA |
| 2 | 18 U.S.C. § 876(c) | Mailing threatening communications | NMT 10 years imprisonment; $250,000 fine, or both; NMT 3 years S/R; $100 SA |

**Signature of AUSA:** Matt Dillon

**Date:** 11/02/2026