FILED
NOV 01 2026
JOAN KANE, CLERK
U.S. DIST. COURT WESTERN DIST. OKLA.
BY ________, DEPUTY

**IN THE UNITED STATES DISTRICT COURT FOR THE**

**WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| **Plaintiff,** | ) | |
| **-vs-** | ) | **No. M-26-520-SM** |
| **ROBIN PATRICK MARTIN,** | ) | **FILED UNDER SEAL** |
| **Defendant.** | ) | |

**MOTION TO SEAL COMPLAINT AND AFFIDAVIT**

Pursuant to Local Criminal Rules 4.1 and 12.2, the United States respectfully moves for an Order sealing the Complaint, Affidavit, and Arrest Warrant, as well as this Motion and any sealing Order, until Defendant's initial appearance or further Order of the Court.

The Federal Bureau of Investigation is still conducting its investigation. Exposure at this time of the evidence, and other matters in the Affidavit will hamper the investigation.

The Court has the authority to seal documents in appropriate circumstances. *United States v. McVeigh*, 119 F.3d 806, 811 (10th Cir. 1997); *Matter of Search of 1638 E. 2nd Street, Tulsa, Okla.*, 993 F.2d 773, 775 (10th Cir. 1993).

Therefore, the United States moves for an Order sealing the Complaint, Affidavit, and Arrest Warrants, as well as this Motion and any sealing Order.

Respectfully submitted,

ROBERT J. TROESTER
United States Attorney

*s/MATT DILLON*
MATT DILLON, OBA# 19321
210 Park Avenue, Suite 400
Oklahoma City, Oklahoma 73102
Matthew.Dillon@usdoj.gov
(405) 553-8755