12038161
2764-1102-0083-J

AO 442 (Rev. 11/11) Arrest Warrant

RECEIVED
Nov 02 2026
U.S. MARSHAL SERVICE
WESTERN DISTRICT OF OKLAHOMA

# UNITED STATES DISTRICT COURT

for the

Western District of Oklahoma

United States of America
v.

ROBIN PATRICK MARTIN

*Defendant*

Case No. MJ-26-520-SM

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* ROBIN PATRICK MARTIN,
who is accused of an offense or violation based on the following document filed with the court:

❒ Indictment ❒ Superseding Indictment ❒ Information ❒ Superseding Information ☑ Complaint
❒ Probation Violation Petition ❒ Supervised Release Violation Petition ❒ Violation Notice ❒ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1038(a) Conveying false or misleading information and hoaxes.

18 U.S.C. § 876(c) Mailing threatening communications.

Date: 11/01/2026

*Issuing officer's signature*

City and state: Oklahoma City, OK

SUZANNE MITCHELL, US Magistrate Judge
*Printed name and title*

**Return**

This warrant was received on *(date)* ______, and the person was arrested on *(date)* ______
at *(city and state)* ______.

ARRESTED ON: 11-02-2026

Date: ______

WITHIN THE W DISTRICT OF OK

*Arresting officer's signature*

BY: FBI

*Printed name and title*