# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>vs.<br>**Robin Patrick Martin**<br><br>**INTERPRETER – N/A**<br>***In Custody – USMS #*** | **NOTICE OF HEARING**<br><br>**CASE NO. MJ-26-520-SM** |

TYPE OF CASE:

☐ **CIVIL** ☒ **CRIMINAL**

**TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE: | ROOM NO.: |
|---|---|
| William J. Holloway Jr. United States Courthouse<br>200 N.W. 4th Street<br>Oklahoma City, OK 73102 | **Courtroom No. 103**<br><br>DATE AND TIME:<br><br>**Monday, November 9, 2026 @ 2:00pm** |
| TYPE OF PROCEEDING: | |
| **Prelim/Detention Hearing** | |

**TAKE NOTICE** that a proceeding in this case has been *rescheduled* as set forth below:

| PLACE: | DATE AND TIME PREVIOUSLY SCHEDULED: | RESCHEDULED DATE AND TIME: |
|---|---|---|
| William J. Holloway Jr.<br>United States Courthouse<br>200 N.W. 4th Street<br>Oklahoma City, OK 73102 | | |

**SHON T. ERWIN**
U.S. MAGISTRATE JUDGE

**11/3/2026**
Date

**s/Lauren Childs**
(By) Deputy Clerk