**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NUMBER: MJ-26-520-SM |
| | ) | |
| ROBIN PATRICK MARTIN, | ) | |
| | ) | |
| Defendant. | ) | |

## ENTRY OF APPEARANCE

To the Clerk of this Court and all parties of record:

Enter my appearance as counsel in this case for Defendant, ROBIN PATRICK MARTIN. I certify I am admitted to practice in this court and am registered to file documents electronically with this Court.

November 3, 2026

KYLE E. WACKENHEIM, OBA No. 30760
ASSISTANT FEDERAL PUBLIC DEFENDER
OFFICE OF THE FEDERAL PUBLIC DEFENDER
WESTERN DISTRICT OF OKLAHOMA
215 Dean A. McGee Suite 109
Oklahoma City, Oklahoma 73102
Telephone: 405-609-5930
Telefacsimile: 405-609-5932
Electronic Mail: Kyle_Wackenheim@fd.org
Counsel for Defendant