**CRIMINAL COURTROOM MINUTE SHEET**
**PRELIMINARY / DETENTION HEARING**

**DATE:** Nov 9, 2026

**CASE:** MJ-26-520-SM

**Start Time:** 2:02 **End Time:** 3:55

**COURTROOM:** 103

**MAGISTRATE JUDGE SHON T. ERWIN**

**COURTROOOM DEPUTY LAUREN CHILDS**

**UNITED STATES OF AMERICA vs. Robin Patrick Martin**

Defendant States true and correct name as: ______ **AGE:** ______

**Government Cnsl: Matt Dillon/Danielle London/Jessica P** **Defendant Cnsl: Kiefer Rose/Kyle Wackenheim**

**U.S. Probation Officer: Christy Paramo** Public Defender

☒ Defendant Appears, custody of U.S. Marshal with Counsel **Interpreter:** ______

☐ Defendant advised of his / her right of consular notification, ______

☐ Court inquires of Government regarding notification of victim(s) under Justice for All Act.

☒ Parties announce ready. ☒ Parties provided with a written Pretrial Services Report.

**PRELIMINARY HEARING**

☐ Preliminary hearing waived. Waiver entered.

☒ Government introduces evidence with testimony of 1 witness(es) and rests.

☐ Defendant introduces evidence with testimony of ____ witness(es) and rests.

☐ Government ☐ Defendant rest(s) without introducing evidence.

☐ Government ☐ Defendant proffer(s) evidence and rests.

WITNESSES

1. Erin McCauley - Postal Inspector
2. ______
3. ______

☒ The Court finds probable cause that an offense has been committed and that the defendant committed it. Defendant to be held for further proceedings in the District Court.

☐ The Court does not find probable cause that an offense has been committed. Defendant released.

**DETENTION HEARING**

☐ Government and Defendant make opening statement.

☐ Government withdraws request for detention and recommends defendant be released on bond with conditions per release Order.

☐ Defendant waives/reserves right to detention hearing. Waiver/Reservation of detention hearing and consent to Order of Detention pending further proceeding entered. Order of Detention entered.

☐ Defendant requests the detention hearing be postponed at this time reserving the right to request a hearing at a later date should dft's circumstances change. Defendant remanded to custody of U.S. Marshal.

- ☒ Government introduces evidence with testimony of 1 witness(es) and rests.
- ☐ Defendant introduces evidence with testimony of ____ witness(es) and rests.
- ☐ Government ☐ Defendant offer(s) no further evidence other than that presented for the Preliminary hearing.
- ☐ Government ☐ Defendant rest(s) without introducing evidence.
- ☐ Government ☒ Defendant proffer(s) evidence and rests.
- ☒ Government ☒ Defendant make(s) closing statements.

## The Court Orders:

☐ The Court finds good cause to exceed the 3 and 5 day time limits provided by the Bail Reform Act. A detention hearing will not be held at this time based upon Defendant's circumstances. Should defendant's circumstances change, a detention hearing will be promptly held upon request of either party.

☐ Defendant detained pending trial; Detention Order to be entered. Defendant remanded to custody of U.S. Marshal.

☒ Unsecured Bond set at $5,000.00 with conditions per Release Order.

☐ Defendant remanded to the custody of U.S. Marshal pending execution of bond.

☐ Defendant remanded to the custody of U.S. Marshal.

Government Exhibits #1-6 entered with no objection.

See conditions of release